1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   EARNEST S. HARRIS,                          No.  2:21-CV-2303-DMC-P

12                    Plaintiff,

13        v.

14   E MUNOZ, et al.,                            ORDER

15                    Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

18   to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis.  In his complaint,

19   plaintiff alleges violations of his civil rights by defendants.  The alleged violations took place at

20   California State Prison – Corcoran in Kings County, which is part of the Fresno Division of the

21   United States District Court for the Eastern District of California.  See Local Rule 120(d).

22          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the

23   proper division of a court may, on the Court's own motion, be transferred to the proper division

24   of the Court.  Therefore, this action will be transferred to the Fresno Division of the court.  In

25   light of 1996 amendments to 28 U.S.C. § 1915, this Court will not rule on Plaintiff's request to

26   proceed in forma pauperis.

27   / / /

28   / / /

                                        1

1          Good cause appearing, IT IS HEREBY ORDERED that:

2          1.  This Court has not ruled on Plaintiff's request to proceed in forma pauperis;

3          2.  This action is transferred to the United States District Court for the Eastern

4 District of California sitting in Fresno; and

5          3.  All future filings shall reference the new Fresno case number assigned and shall

6 be filed at:

                United States District Court
7               Eastern District of California
                2500 Tulare Street
8               Fresno, CA 93721

9

10 Dated:  December 21, 2021

11                      DENNIS M. COTA
12                      UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28